UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL CULLEY; THOMAS PRICE; and ERVAN WATERS,<br><br>                            Plaintiffs,<br><br>                -v.-<br><br>LELAND ROBINSON; PILLOW TALK INC.; BEN GHAZI MUSIC, INC.; BEN GHAZI ENTERPRISES 2 NJ LLC; GAMBI MUSIC INC.; GAMBI MUSIC 2 LLC; SUGARHILL MUSIC PUBLISHING LTD; DIAMOND HEAD MUSIC INC, *doing business as* TWENTY NINE BLACK; GHATI MUSIC, INC.; UNIVERSAL MUSIC PUBLISHING, INC.; 100 ENTERTAINMENT, INC.,<br><br>                            Defendants. | 24 Civ. 1273 (KPF)<br><br>**ORDER OF DISCONTINUANCE** |

KATHERINE POLK FAILLA, District Judge:

      On January 28, 2025, the mediator reported to the Court that the parties have reached a settlement in principle in this case. (Dkt. #61). Accordingly, it is hereby:

      ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiffs may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly

reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate.  This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiffs have not requested restoration of the case to the active calendar within such 30-day period.

    The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:   January 28, 2025
           New York, New York

_____
   KATHERINE POLK FAILLA
   United States District Judge